UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE COLLIER,<br><br>      Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, SHERIFF'S DEPUTIES HAROLD CASTRO, EVAN STAEHELY, SCOTT NEU, JASON JACKSON, SENIOR DEPUTY JIM ARAGON AND CAPTAIN TAKAFUMI MARTY IDETA<br><br>      Defendants. | Case No. C06-01143 CW/NJV<br><br>WRIT OF HABEAS CORPUS AD TESTIFCANDUM AND ORDER<br><br>Filed Date:    February 16, 2006<br>Trial Date:    October 18, 2010 |

Plaintiff Tremayne Collier (CDCR No. V-60930), the plaintiff and a necessary and material witness in proceedings in this matter, is confined in Kern Valley State Prison, Delano, California 93216, in the custody of the warden. In order to secure this inmate's attendance at a mandatory settlement conference, the Honorable Nandor Vadas presiding, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Solano at 2100 Peabody Road, Vacaville, California 95696 on July 9, 2010 at 1:00 p.m.

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testicandum issue, under seal of this Court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce the inmate named above, TREMAYNE COLLIER, CDCR No. V60930, to appear at California State Prison, Solano at the time and place above for the mandatory settlement conference; and thereafter to return the inmate of Kern Valley State Prison; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide a new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear at California State Prison, Solano for a mandatory settlement conference at the time and place above; and thereafter to return the inmate to Kern Valley State Prison.

**FURTHER**, you have been ordered to notify the Court of any changes in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

IT IS SO ORDERED.

Dated:  June 10, 2010



HON_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Nandor J. Vadas

**Writ of Habeas Corpus ad Testificandum**
**Case No.  C06-01143 CW [OAKLAND]**

2