UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREMAYNE COLLIER, | No. C 06-1143 CW |
|     Plaintiff, | NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| SHERIFF MICHAEL HENNESSY et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for 11:00 a.m. on November 18, 2010 at Solano State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed or emailed to (NJVpo@cand.uscourts.gov) and received by chambers no later than two weeks prior to the settlement conference.

No later than thirty (30) days prior to the settlement conference, counsel for Plaintiffs shall prepare, e-file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect version of the writ necessary to secure Plaintiff's attendance at the settlement conference.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: August 9, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge