UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| Tremayne Collier, | Case No. C-06-01143-CW (PR) |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER** |
| v. | Filed Date:    February 16, 2006 |
| Sheriff Michael Hennessey, | Trial Date:    April 4, 2011 |
| Captain Takafumi Marty Ideta, | |
| Deputy Evan Staehely, | |
| Deputy Harold Castro, | |
| Deputy Scott Neu, | |
| Senior Deputy Jason Jackson, | |
| Senior Deputy Jim Aragon, | |
| Defendants. | |

Plaintiff Tremayne Collier (CDCR No. V-60930), the plaintiff and a necessary and material witness in proceedings in this matter, is confined in Kern Valley State Prison, Delano, California 93216, in the custody of the warden. In order to secure this inmate's attendance at a mandatory settlement conference, the Honorable Nandor Vadas presiding, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Solano at 2100 Peabody Road, Vacaville, California 95696 on

1 | November 18, 2010 at 11:00 a.m.

2 | **ACCORDINGLY IT IS ORDERED** that:

3 | 1. A Writ of Habeas Corpus ad Testificandum issue, under seal of this Court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce the inmate named above, TREMAYNE COLLIER, CDCR No. V-60930, to appear at California State Prison, Solano at the time and place above for the mandatory settlement conference; and thereafter to return the inmate to Kern Valley State Prison; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide a new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** **The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear at California State Prison, Solano for a mandatory settlement conference at the time and place above; and thereafter to return the inmate to Kern Valley State Prison.

**FURTHER**, you have been ordered to notify the Court of any changes in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

IT IS SO ORDERED.

Dated: October 12, 2010



IT IS SO ORDERED

Judge Nandor J. Vadas