IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMAYNE COLLIER,

    Plaintiff,

v.

M HENNESSY, SHERIFF,

    Defendant.
_____/

No. C 06-01143 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Discovery and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Hearing previously scheduled for December 16, 2010 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 11/15/2010

                        CLAUDIA WILKEN
                        United States District Judge

cc: Sue; Assigned M/J w/mo.