DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfgov.org

Attorneys for Defendants MICHAEL HENNESSEY, HAROLD CASTRO, EVAN STAEHLY, SCOTT NEU, JASON JACKSON, JIM ARAGON, AND CAPTAIN MARTY IDETA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE COLLIER,<br><br>           Plaintiff,<br><br>      vs.<br><br>SHERIFF MICHAEL HENNESSEY,<br>CAPTAIN IDETA,<br>DEPUTY E. STAEHELY, #1803,<br>DEPUTY H. CASTRO, #1862,<br>DEPUTY S. NEU #1823,<br>SENIOR DEPUTY JACKSON, #1229,<br>SENIOR DEPUTY J. ARAGON, #537,<br>DOES 1-50,<br><br>           Defendants. | Case No. C06-01143 CW<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; ORDER**<br><br>Filed Date:     February 16, 2006<br>Trial Date:     April 4, 2011 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiffs and Defendants seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

   1. Laptop computers;
   2. Projector;

1      3. Extension cords;

2      4. Speakers for use with laptop;

3      5. Additional computer monitors;

4      6. Power strips;

5      7. Computer cords;

6      8. Easles;

7      9. Printers;

8      10. Food and drink.

9

10

Dated: March 30, 2011

11

12                          DENNIS J. HERRERA
                           City Attorney

13                          JOANNE HOEPER
                         Chief Trial Attorney

14                          MARGARET W. BAUMGARTNER
                         Deputy City Attorney

15

16                    By: //s//
                       MARGARET W. BAUMGARTNER

17
                       Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

# ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Elmo;
3. Projectors;
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Additional monitors;
8. Easles;
9. Printers;
10. Food and Drink.

IT IS SO ORDERED.

Dated: 3/31/2011                                By: _____
                                                    JUDGE CLAUDIA WILKEN