IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMAYNE COLLIER,                                No. C 06-1143 CW

      Plaintiff,                              VERDICT FORM

  v.

DEPUTY EVAN STAEHELY, DEPUTY HAROLD
CASTRO, DEPUTY SCOTT NEU, SENIOR
DEPUTY JASON JACKSON, SENIOR DEPUTY
JIM ARAGON,

      Defendants.
_____/

DEPUTY EVAN STAEHELY

A1.  Do you find that Deputy Staehely used unreasonable force?

    _____ Yes   _____ No

    If you answered "Yes" to this question, then answer Question
    A2.  Otherwise, proceed to Question B1.

A2.  Do you find that Deputy Staehely's acts caused Mr. Collier
    injury?

    _____ Yes   _____ No

    Proceed to Question B1.

DEPUTY HAROLD CASTRO

B1.  Do you find that Deputy Castro used unreasonable force?

    _____ Yes   _____ No

    If you answered "Yes" to this question, then answer Question
    B2.  Otherwise, proceed to Question C1.

**United States District Court**
For the Northern District of California

1   B2.   Do you find that Deputy Castro's acts caused Mr. Collier
2        injury?

          ____ Yes   ____   No
3

4        Proceed to Question C1.

5                     DEPUTY SCOTT NEU

6   C1.   Do you find that Deputy Neu used unreasonable force?

7          ____ Yes   ____   No

8
        If you answered "Yes" to this question, then answer Question
9        C2.  Otherwise, proceed to Question D1.

10

11  C2.   Do you find that Deputy Neu's acts caused Mr. Collier injury?

          ____ Yes   ____   No
12

13        If you answered "Yes" to this question, then answer Question
        C3.  Otherwise, proceed to Question D1.
14

15  C3.   Do you find that Deputy Sheriff Defendant Neu acted
        maliciously, oppressively or in reckless disregard of Mr.
16        Collier's rights?

17          ____ Yes   ____   No

18
        Proceed to Question D1.
19
               SENIOR DEPUTY JASON JACKSON
20
  D1.   Do you find that Senior Deputy Jackson used unreasonable
21        force?

22          ____ Yes   ____   No

23
        If you answered "Yes" to this question, then answer Question
24        D2.  Otherwise, proceed to Question D3.

25
  D2.   Do you find that Senior Deputy Jackson's acts caused Mr.
26        Collier injury?

27          ____ Yes   ____   No

28
                        2

United States District Court
For the Northern District of California

1          Proceed to Question D3.

2

3     D3.  If you found that Deputies Staehely, Castro or Neu used
          unreasonable force that caused Mr. Collier injury, do you find
4         that Senior Deputy Jackson knew, or reasonably should have
          known, that any of them were using unlawful unreasonable
5         force, and that he failed to prevent the use of such force?

6          _____ Yes    _____ No

7

8          If you answered "Yes" to this question, then answer Question
           D4.  Otherwise, proceed to Question E1.

9

10    D4.  Do you find that Senior Deputy Jackson's failure to act caused
           Mr. Collier injury?

11         _____ Yes    _____ No

12

13         If you answered "Yes" to Question A2, B2, C2, D2 or D4,
           proceed to Question E1.  Otherwise, please have the presiding
14         juror sign, date and return this form.

15                             DAMAGES

16    E1.  Do you find that Mr. Collier has proved that he suffered a
           physical injury?

17         _____ Yes    _____ No

18

19         If you answered "Yes" to this question, then answer Question
           E2.  If you answered "No" to this question, then answer
20         Question E3.

21    E2.  What amount of any damages do you award to Mr. Collier for
           his:

22

23         $ _____  Physical Injury, Pain and Suffering

24         $ _____  Emotional Pain and Suffering

25         Please proceed to Question E4.

26

27

28                                3

E3.  What amount in nominal damages do you award Mr. Collier?
     Nominal damages may not exceed $1.00, but must be more than
     zero.

     $ _____

     Please proceed to Question E4.

E4.  If you answered "Yes" to Question C3, what amount of punitive
     damages should be awarded to Mr. Collier to punish Deputy Neu?

     $ _____

     Please have the presiding juror sign, date and return this
     form.

Dated: _____      _____
                                  PRESIDING JUROR

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4