IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMAYNE COLLIER,

      Plaintiff,

  v.

DEPUTY EVAN STAEHELY, DEPUTY HAROLD CASTRO, DEPUTY SCOTT NEU, SENIOR DEPUTY JASON JACKSON,

      Defendants.

No. C 06-1143 CW

VERDICT FORM

### DEPUTY EVAN STAEHELY

A1.  Do you find that Deputy Staehely used unreasonable force?

    ____ Yes    ____ No

    If you answered "Yes" to this question, then answer Question A2. Otherwise, proceed to Question B1.

A2.  Do you find that Deputy Staehely's acts caused Mr. Collier injury?

    ____ Yes    ____ No

    Proceed to Question B1.

### DEPUTY HAROLD CASTRO

B1.  Do you find that Deputy Castro used unreasonable force?

    ____ Yes    ____ No

    If you answered "Yes" to this question, then answer Question B2. Otherwise, proceed to Question C1.

B2. Do you find that Deputy Castro's acts caused Mr. Collier injury?

\_\_\_\_ Yes   \_\_\_\_ No

Proceed to Question C1.

### DEPUTY SCOTT NEU

C1. Do you find that Deputy Neu used unreasonable force?

\_\_\_\_ Yes   \_\_\_\_ No

If you answered "Yes" to this question, then answer Question C2. Otherwise, proceed to Question D1.

C2. Do you find that Deputy Neu's acts caused Mr. Collier injury?

\_\_\_\_ Yes   \_\_\_\_ No

If you answered "Yes" to this question, then answer Question C3. Otherwise, proceed to Question D1.

C3. Do you find that Deputy Sheriff Defendant Neu acted maliciously, oppressively or in reckless disregard of Mr. Collier's rights?

\_\_\_\_ Yes   \_\_\_\_ No

Proceed to Question D1.

### SENIOR DEPUTY JASON JACKSON

D1. Do you find that Senior Deputy Jackson used unreasonable force?

\_\_\_\_ Yes   \_\_\_\_ No

If you answered "Yes" to this question, then answer Question D2. Otherwise, proceed to Question D3.

D2. Do you find that Senior Deputy Jackson's acts caused Mr. Collier injury?

\_\_\_\_ Yes   \_\_\_\_ No

2

Proceed to Question D3.

D3. If you found that Deputies Staehely, Castro or Neu used unreasonable force that caused Mr. Collier injury, do you find that Senior Deputy Jackson knew, or reasonably should have known, that any of them were using unlawful unreasonable force, and that he failed to prevent the use of such force?

\_\_\_\_ Yes    \_\_\_\_ No

If you answered "Yes" to this question, then answer Question D4.  Otherwise, proceed to Question E1.

D4. Do you find that Senior Deputy Jackson's failure to act caused Mr. Collier injury?

\_\_\_\_ Yes    \_\_\_\_ No

If you answered "Yes" to Question A2, B2, C2, D2 or D4, proceed to Question E1.  Otherwise, please have the presiding juror sign, date and return this form.

DAMAGES

E1. Do you find that Mr. Collier has proved that he suffered a physical injury?

\_\_\_\_ Yes    \_\_\_\_ No

If you answered "Yes" to this question, then answer Question E2.  If you answered "No" to this question, then answer Question E3.

E2. What amount of any damages, if any, do you award to Mr. Collier for his:

Physical Injury, Pain and Suffering     $ _____

Emotional Pain and Suffering            $ _____

If you entered zero for both types of damages or did not enter any amounts, then answer Question E3.  Otherwise, proceed to Question E4.

3

E3.  What amount in nominal damages do you award Mr. Collier? Nominal damages may not exceed $1.00, but must be more than zero.

$ _____

Please proceed to Question E4.

E4.  If you answered "Yes" to Question C3, what amount of punitive damages do you award to Mr. Collier to punish Deputy Neu?

$ _____

Please have the presiding juror sign, date and return this form.

Dated: _____       _____
                                   PRESIDING JUROR

4