IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMAYNE COLLIER,

        Plaintiff,

  v.

SHERIFF MICHAEL HENNESSEY, et al.,

        Defendants.
                                               /

No. C 06-01143 CW

ORDER DENYING DEFENDANTS' MOTION TO AMEND JUDGMENT (Docket No. 194)

    Defendants Sheriff Michael Hennessey, et al., move to amend the judgment to state that they are entitled to costs. Defendants contend that the Court manifestly erred because Federal Rule of Civil Procedure 68 mandates that Plaintiff Tremayne Collier pay their costs and because the Court denied their recovery of costs without explanation. Plaintiff opposes Defendants' motion.

    In relevant part, Rule 68 provides, "If the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made." Fed. R. Civ. P. 68 (d). This provision is "inapplicable in a case in which the defendant obtains judgment." MRO Commcn's, Inc. v. Am. Tel. & Tel. Co., 197 F.3d 1276, 1280 (9th Cir. 1999) (citing Delta Air Lines, Inc. v. August, 450 U.S. 346, 352 (1981)). "Where a defendant prevails after making an offer of judgment, 'the trial judge retains his Rule 54(d) discretion.'" MRO, 197 F.3d at 1280 (quoting August, 450 U.S. at 354)). Here, because Defendants prevailed, Rule 68(d) does not mandate an award of costs.

    In this civil rights case, the Court denied Defendants'

recovery of costs based on Plaintiff's circumstances.  Plaintiff is currently incarcerated and apparently indigent, which supports the denial of costs.  <u>Stanley v. Univ. of S. Cal.</u>, 178 F.3d 1069, 1079-80 (9th Cir. 1999).

    For the foregoing reasons, Defendants' motion is DENIED.  (Docket No. 194.)

    IT IS SO ORDERED.

Dated:  5/9/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge